**KREDER BROOKS HAILSTONE LLP**
By: David K. Brown, Esquire
Supreme Court ID # 32332
220 Penn Avenue, Suite 200
Scranton, PA 18503
(570) 346-7922
Attorneys for Citizens Savings Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ronald A. Brooks, aka Ronald Alan | : | Case No. : 5:26-bk-01719 |
| Brooks, aka Ronald A. Brooks, Sr., | : | |
| Aka Ron Brooks and | : | |
| Mary Ann Brooks, aka Mary Brooks, | : | |
| Aka MaryAnn Brooks, | : | |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| | : | |

## ENTRY OF APPEARANCE

AND NOW this 28th day of July, 2026, the undersigned enters an appearance

on behalf of Citizens Savings Bank, in the above bankruptcy.

Respectfully submitted by:

**KREDER BROOK HAILSTONE LLP**

/s/ *David K. Brown*
David K. Brown, Esquire
Supreme Court ID # 32332
220 Penn Avenue, Suite 200
Scranton, PA 18503

Attorneys for Citizens Savings Bank

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this <u>28</u>th day of July, 2026, David K. Brown, a member of the

firm of Kreder Brooks Hailstone LLP, electronically filed the foregoing Entry of

Appearance with the Clerk of the United States Bankruptcy Court for the Middle

District of Pennsylvania using the CM/ECF system, which sent notification of such

filing by email to the following attorneys of record:

Carlo Sabatini, Esqquire
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, Pa 18512
*Attorney for Debtor*

**KREDER BROOKS HAILSTONE LLP**

/s/ *David K. Brown*
David K. Brown, Esquire