# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Ronald A Brooks,<br>aka Ronald Alan Brooks, aka Ronald Brooks, aka Ronald A Brooks Sr., aka Ron Brooks,<br><br>**Debtor 1** | Chapter | 7 |
| | Case No. | 5:26−bk−01719−MJC |
| Mary Ann Brooks,<br>aka Mary Brooks, aka MaryAnn Brooks,<br><br>**Debtor 2** | | |

Social Security No.:
xxx−xx−3467 xxx−xx−1478

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 24, 2026

**fnldecac** (05/18)