United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01719-MJC
Ronald A Brooks Chapter 7
Mary Ann Brooks
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Sep 24, 2026 Form ID: 318 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald A Brooks, Mary Ann Brooks, 4504 Hamlin Highway, Moscow, PA 18444-7426 |
| cr | + | Citizens Savings Bank, 500 South State Street, Clarks Summit, PA 18411, UNITED STATES 18411-1556 |
| 5811626 | | AARP Life Insurance Program, New York Life Insurance Company, PO Box 30712, Tampa, FL 33630-3712 |
| 5811632 | + | Citizens Savings Bank, 500 S State St, Clarks Summit, PA 18411-1556 |
| 5820926 | + | Citizens Savings Bank, 500 South State Street, PO Box 567, Clarks Summit, PA 18411-0567 |
| 5811637 | | Gregg L. Morris, Esq., Law Offices of Patenaude & Felix, APC 50, Canonsburg, PA 15317-8584 |
| 5811638 | + | Lackawanna County, PO Box 709, Scranton , PA 18501-0709 |
| 5811640 | + | Mychal T. Rutkowski, Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5811627 | | EDI: BANKAMER | Sep 24 2026 22:51:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5811628 | | EDI: TSYS2 | Sep 24 2026 22:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5811629 | | EDI: CAPITALONE.COM | Sep 24 2026 22:51:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5811630 | | EDI: JPMORGANCHASE | Sep 24 2026 22:51:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5811631 | | EDI: CITICORP | Sep 24 2026 22:51:00 | CitiBank/Exxon Mobile Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5811633 | + | EDI: WFNNB.COM | Sep 24 2026 22:51:00 | ComenityCapital/Boscov, PO Box 183003, Columbus, OH 43218-3003 |
| 5811634 | ^ | MEBN | Sep 24 2026 18:52:22 | DSRM National Bank/Valero, Attn: Bankruptcy, PO Box 631, Amarillo, TX 79105-0631 |
| 5811635 | | Email/Text: EB_Collectionsbk@Regions.com | Sep 24 2026 18:58:00 | Enerbank USA, 1245 E Brickyard Rd, Salt Lake City, UT 84106-2559 |
| 5811636 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 24 2026 18:57:00 | FNB Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5811639 | | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2026 18:57:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5811644 | | EDI: G2RSPSECU | Sep 24 2026 22:51:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5811641 | ^ | MEBN | Sep 24 2026 18:52:33 | Patenaude & Felix, A.P.C, 9619 Chesapeake Dr Ste 300, San Diego, CA 92123-1392 |

| | | | | |
|---|---|---|---|---|
| 5811642 | ^ | MEBN | Sep 24 2026 18:52:59 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5811643 | | EDI: SYNC | Sep 24 2026 22:51:00 | Paypal Credit, PO Box 965064, Orlando, FL 32896-0006 |
| 5811645 | + | Email/Text: ngisupport@radiusgs.com | Sep 24 2026 18:57:00 | Radius Global Solutions, LLC, 7505 Metro Blvd, Suite 400, Edina, MN 55439-3010 |
| 5811646 | + | EDI: CITICORP | Sep 24 2026 22:51:00 | Shell/CBNA, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5811647 | | EDI: CITICORP | Sep 24 2026 22:51:00 | Sunoco/CBNA, Attn: Bankruptcy, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 5811648 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5811649 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank/Citgo, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 5811650 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 5811651 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5811652 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5811653 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 24 2026 18:57:00 | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Ronald A Brooks usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

| | |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Mary Ann Brooks usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| David K Brown | on behalf of Creditor Citizens Savings Bank dbrown@kbh-law.com bdonovan@kbh-law.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ronald A Brooks<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3467 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Ann Brooks<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1478 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01719–MJC | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald A Brooks
aka Ronald Alan Brooks, aka Ronald Brooks, aka Ronald A Brooks Sr., aka Ron Brooks

Mary Ann Brooks
aka Mary Brooks, aka MaryAnn Brooks

9/24/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**